**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:19-cv-25066-CMA

DOUG LONGHINI,

    Plaintiff,

v.

PARK HILL PLAZA 1670, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, DOUG LONGHINI, and Defendant, PARK HILL PLAZA 1670, LLC, having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice and, except as otherwise agreed to by the Parties in their Agreement, each party shall bear its respective fees and costs.

Dated:   June 23, 2020.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Karen A. Brimmer* |
| ANTHONY J. PEREZ | KAREN A. BRIMMER |
| Florida Bar No.: 535451 | Florida Bar No.: 236470 |
| GARCIA-MENOCAL & PEREZ, P.L. | HINSHAW & CULBERTSON LLP |
| 4937 S.W. 74th Court, Unit #3 | 2525 Ponce de Leon Blvd., Suite 400 |
| Miami, FL 33155 | Coral Gables, FL 33134 |
| Telephone: (305) 553- 3464 | Telephone: (305) 358-7747 |
| Facsimile: (305)553-3031 | Facsimile: (305) 577-1063 |
| Primary Email:  ajperezlaw@gmail.com | Primary Email:kbrimmer@hinshawlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

    Respectfully Submitted,

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com;
ddunn@lawgmp.com


By: ___*/s/ Anthony J. Perez, Esq.*_____
       ANTHONY J. PEREZ